IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN WU, DMD | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-cv-03902 |
| JULIE ROBIN AROUH, DMD, PC, et al | : | |
| Defendants. | : | |

## **O R D E R**

AND NOW, this 15th day of September, 2015, upon consideration of Defendants' renewed motion for partial summary judgment as to Count III of their counterclaims, and Plaintiff's opposition to the motion, IT IS ORDERED that the motion is DENIED for the reasons described in the accompanying Memorandum of Law.

BY THE COURT:

*s/Richard A. Lloret*
RICHARD A. LLORET
U.S. Magistrate Judge