IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN WU, DMD | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-cv-03902 |
| JULIE ROBIN AROUH, DMD, PC, et al | : | |
| Defendants. | : | |

### O R D E R

AND NOW, this 7th day of June, 2016, for the reasons stated in the accompanying Memorandum of Law, it is

**ORDERED**

that Plaintiff Kathleen Wu's request for attorneys' fees and costs pursuant to the Pennsylvania Wage Payment and Collection Act, 43 Pa. Stat. Ann. § 260.9a(f), is **GRANTED**. (*See* Doc. No. 98). Plaintiff is awarded $21,450.00 in attorneys' fees and $1,732.75 in costs. The Clerk of Court shall mark this case closed.

BY THE COURT:

_____
HON. RICHARD A. LLORET
U.S. Magistrate Judge